UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DANIEL R. VALLERY**  CIVIL ACTION
**VERSUS**
**GENERAL MOTORS LLC, ET AL.**  NO.:15-00116-BAJ-RLB

ORDER AND RULING

Considering the **Stipulation of Dismissal (Doc. 26)** filed by Plaintiff Daniel R. Vallery,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 12th day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY